IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BRANDON BRADLEY

v. Civil No. 1:23cv18-HSO

UNITED STATES OF AMERICA

AND

UNITED STATES OF AMERICA

v. Criminal No. 1:17cr9-HSO-RHW-1

BRANDON BRADLEY

## FINAL JUDGMENT OF DISMISSAL

**BEFORE THE COURT** is Defendant Brandon Bradley's Motion [47] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255. For the reasons given in the Order dismissing Defendant's Motion [47] to Vacate, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 25th day of January, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE